**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01255-CR
_____

### TIMOTHY JAMES FRYAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the December 8, 2014 motion of Rick Dunn for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Rick Dunn as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Timothy James Fryar, TDCJ No. 1961774, C. Moore Unit, 1700 N. FM 87, Bonham, Texas, 75418.

/David Evans/
DAVID EVANS
JUSTICE